■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. ROY D'AGOSTINO, ROBERT NORTHRUP, WILLIAM MASSEY, GERALD RUSSEL, LAWRENCE SEELEY and JOSEPH KANASOLA, Respondents, et al., Defendant.— Order modified in accordance with the memorandum and as modified affirmed. Memorandum: The District Attorney should have leave to resubmit the case to the Grand Jury. All concur, except Williams, P. J., who dissents and votes for reversal and reinstatement of the indictment on the ground that the indictment sufficiently charges a crime. (Appeal from order of Onondaga County Court dismissing

Indictment No. 62–199.)    Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.